JULY 17, 1801.

# Isaac Collett and Wm. McClure v. Lewis Bright.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Shelby county.*

No bail bond having been returned, the common order against appearance bail is erroneous.

No bail bond having been returned, the common order taken against the appearance bail is erroneous. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside ; that the cause be remanded to the court from whence it came for new proceedings to be had therein, to commence from the declaration, and that the plaintiffs recover of the defendant their costs in this behalf expended, which is ordered to be certified to the said court.